**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**GERALD KEETON,**

        **Petitioner,**              **CASE NO. 2:09-CV-455**
                                  **JUDGE JAMES L. GRAHAM**
**v.**                             **MAGISTRATE JUDGE E.A. PRESTON DEAVERS**

**DEB TIMMERMAN-COOPER,**
**WARDEN,**

        **Respondent.**

**<u>OPINION AND ORDER</u>**

      On January 27, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed. Doc. 8. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

      The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

      It is so ORDERED.

                                <u>s/ James L. Graham</u>
                                  JAMES L. GRAHAM
                                  United States District Judge

DATE: March 4, 2011